UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA KARIM, *on behalf of herself and all others similarly situated*,

        Plaintiff,

– against –

SOUND AROUND, INC.,

        Defendant.

**ORDER**

24-cv-04917 (ER)

R<small>AMOS</small>, D.J.:

    Plaintiff Jessica Karim filed this action on June 28, 2024. Doc. 1. Sound Around's answer was due August 26, 2024. Counsel has appeared for Sound Around, Doc. 7, but no answer has been filed. Karim is directed to file a status report by November 8, 2024.

It is SO ORDERED.

Dated:   November 1, 2024
            New York, New York

                                            E<small>DGARDO</small> R<small>AMOS</small>, U.S.D.J.