UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA KARIM, *on behalf of herself and all others similarly situated*,

Plaintiff,

– *against* –

SOUND AROUND, INC.,

Defendant.

**<u>ORDER</u>**

24-cv-04917 (ER)

Ramos, D.J.:

Plaintiff Jessica Karim filed this action on June 28, 2024.  Doc. 1.  Sound Around's answer was due August 26, 2024.  Counsel appeared for Sound Around, Doc. 7, but no answer has been filed to date.  On November 1, 2024, given no answer had been filed, the Court directed Karim to file a status report by November 8, 2024.  On November 8, 2024, Karim filed a letter stating that she expects Sound Around will submit an answer in the coming days, based on email correspondence between the parties' counsel.

Sound Around is instructed to submit any answer by November 18, 2024.  Karim is directed to file a status report on November 18, 2024, should Sound Around not file an answer by that date.  Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:    November 12, 2024
            New York, New York

EDGARDO RAMOS, U.S.D.J.